**Sarah JACKSON, Appellant,**

v.

**JMLP ENTERPRISES, INC. and Ohio Casualty Insurance Company, Respondents.**

**No. ED 97187.**

Missouri Court of Appeals,
Eastern District,
Division Four.

June 12, 2012.

Thomas A. Connelly, St. Louis, MO, for Appellant.

Michael B. Maguire, Patrick A. Bousquet, St. Louis, MO, for Respondent, Ohio Casualty Ins. Co.

David O. Kreuter, Clayton, MO, for respondent, JMLP Enterprises, Inc.

Before PATRICIA L. COHEN, P.J., GLENN A. NORTON, J. and ROBERT M. CLAYTON III, J.

### ORDER

PER CURIAM.

Sarah Jackson appeals the judgment of the trial court entered upon a jury's verdict in favor of Ohio Casualty Insurance Company on her claim for underinsured

motorist coverage. We find that the trial court did not err in giving Instruction Number 6 to the jury.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).